# UNITED STATES DISTRICT COURT
## District of Minnesota

RECEIVED
04 NOV 22 PM 3:23
CLERK, U.S. DIST. COURT
ST. PAUL, MN

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

# TRANSMITTAL SHEET

"copy"

**Date:** November 22, 2004

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Mary Kay Furchner, U.S. District Court - St. Paul, Minnesota

**Appeal Number:** **04-3765**

**District Court Number:** CR 00-375 JMR/RLE **Edward Ross Bergren**

**TRANSMITTED HEREWITH:**

Three (3) Designated Clerk's Records

(X) Entered in ECF (USDC purposes only)

---

**USCA ACKNOWLEDGMENT**

Received

By:

Returned to District Court

Date:

By:

RECEIVED
NOV 22 2004
U.S. COURT OF APPEALS
EIGHTH CIRCUIT - ST. PAUL

SCANNED
NOV 22 2004
U.S. DISTRICT COURT ST. PAUL

Form Modified 06/19/04

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## DESIGNATION OF RECORD

United States of America — Appeal No. 04-3765

vs.

Edward Ross Bergren — Criminal No. CR 00-375 JMR/RLE

Date delivered to U.S.C.A.: November 22, 2004

Prepared by: mf

# U.S. DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

vs.

**Edward Ross Bergren**

U.S.C.A. #: 04-3765
District Court #: Criminal CR 00-375 JMR/RLE

## INDEX


| | | Date Filed | Page Numbers |
|---|---|---|---|
| 1. | INDICTMENT | 12/19/00 | 1-3 |
| 2. | JUDGMENT | 7/24/01 | 4-8 |
| 3. | PETITION AND ORDER ON SUPERVISED RELEASE VIOLATION | 9/10/04 | 9-12 |
| 4. | JUDGMENT | 10/27/04 | 13-16 |
| 5. | NOTICE OF APPEAL | 10/29/04 | 17-18 |
| 6. | DOCKET SHEET | | 19-27 |