AO 245D (Rev. 3/01) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court

## District of Minnesota

UNITED STATES OF AMERICA
v.
**Edward Ross Bergren**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)
Case Number: **00-375(JMR)**
**Katherine Menendez**
Defendant's Attorney

2004 OCT 29 AM 10: 29
RECEIVED
U.S. MARSHAL
ST. PAUL MINN

**THE DEFENDANT:**

[x] was found in violation of special condition (e) after denial of guilt.

**Accordingly**, the Court has adjudicated that the defendant is guilty of the following offenses:

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Special Condition (e) | Leaving range of electronic monitoring without permission | Sept. 9, 2004 |

The defendant is sentenced as provided in this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Special Assessment Amount $ in full and immediately.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.:[redacted]
Defendant's Date of Birth[redacted]
Defendant's USM No.: **09722-041**

Defendant's Residence Address:
[redacted]
**Duluth, MN**[redacted]
Defendant's Mailing Address (if different from residence address):

**10/21/2004**
Date of Imposition of Judgment

s/James M. Rosenbaum
Signature of Judicial Officer

**JAMES M. ROSENBAUM**, United States Chief District Judge
Name & Title of Judicial Officer

10/22/2004
Date

Filed OCT 27 2004
Richard D. Sletten, Clerk
Judgment Entd__________
Deputy Clerk__________

A true copy in _____ sheet(s)
of the record in my custody.
Certified _________, 2004
by _______________
Deputy Clerk

A true printed copy in 4 sheet(s) of the electronic record filed on 10-22-04 in the United States District Court for the District of Minnesota.
CERTIFIED, 10-28, 2004
RICHARD D. SLETTEN
BY: [signature]
Deputy Clerk

SCANNED
DEC 7 2004
U.S. DISTRICT COURT MPLS

AO 245D (Rev. 3/01) Sheet 2 - Imprisonment

DEFENDANT: EDWARD ROSS BERGREN
CASE NUMBER: 00-375(JMR)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned **until December 1, 2004.**

[] The Court makes the following recommendations to the Bureau of Prisons:

[x] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Officer.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on 11/19/04 to Benton County Jail, Foley, MN.

at ________________, with a certified copy of this Judgment.

Al Garber
UNITED STATES MARSHAL

By Lynette Truesdell
~~Deputy U.S. Marshal~~
Criminal Clerk.

DEFENDANT: EDWARD ROSS BERGREN
CASE NUMBER: 00-375(JMR)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release **until the expiration of his originally imposed term of supervised release.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13,1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

[] The above drug testing condition is suspended based on the Court's determination that the defendant poses a low risk of future substance abuse.

[x] The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this Judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this Judgment.

The defendant shall comply with the standard conditions that have been adopted by this Court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

# STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without permission of the Court or probation officer;
2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) The defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) The defendant shall support his or her dependants and meet other family responsibilities;
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) The defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) The defendant shall permit a probation officer to visit home or her at an time a home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court;
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: EDWARD ROSS BERGREN
CASE NUMBER: 00-375(JMR)

# SPECIAL CONDITIONS OF SUPERVISION

a The defendant shall not commit any crimes, federal, state, or local.

b The defendant shall abide by the standard conditions of supervised release recommended by the Sentencing Commission.

c The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

d The defendant shall abide by all the originally imposed conditions of supervised release.

e The defendant shall submit to whatever electronic monitoring the probation officer deems appropriate for at least the first 60 days after being released from prison. After 60 days, the Court will consider whether further electronic monitoring is appropriate.

f The defendant shall not associate with persons not approved by the probation officer.