UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-375

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EDWARD ROSS BERGREN, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, having successfully completed 60 days of electronic monitoring, as ordered by the Judgment entered October 22, 2004, and finding that further electronic monitoring is not presently required, the Court removes the special condition of electronic monitoring from the Defendant's current conditions of supervised release.

Dated: February 7, 2005

~~JAMES M. ROSENBAUM~~
~~Chief~~ United States District Judge

SCANNED
FEB 08 2005
U.S. DISTRICT COURT MPLS