**United States Court of Appeals**
*For the Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, Missouri 63102

Michael E. Gans
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 18, 2005

RECEIVED
BY MAIL
APR 22 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Ms. Virginia Villa
Federal Public Defender's Office
Suite 107
200 S. Fourth Street
Minneapolis, Minnesota 55415

Re: Nos. 04-2975/3765 United States v. Edward R. Bergren

CR 00-375 JMR/RLE

Dear Ms. Villa:

On March 11, 2005, my office sent you a letter indicating we could not process the Motion to Dismiss these appeals because it did not comply with Eighth Circuit Rule 42A, which provides that a motion to voluntarily dismiss a criminal appeal cannot be granted unless the motion is signed by the defendant or he has indicated, in writing, that he consents to dismissal. We are still waiting receipt of a signed motion in the cases.

I realize that it can be difficult to obtain documents from clients, but unless the cases are dismissed within the next two weeks, I will set a date for the government's brief.

If you have any questions, please let me know.

Sincerely,

Michael E. Gans
Clerk of Court

cc: Counsel of Record

SCANNED
APR 25 2005
U.S. DISTRICT COURT ST. PAUL