# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

Nos. 04-2975/3765

| | | |
|---|---|---|
| United States of America, | * | CR 00-375 JMR/RLE |
| Appellee, | * | |
| | * | Appeal from the United States |
| vs. | * | District Court for the |
| | * | District of Minnesota. |
| Edward Ross Bergren, | * | |
| Appellant. | * | |

RECEIVED
BY MAIL
MAY - 6 2005
CLERK, US DIST. COURT
ST. PAUL, MN

**JUDGMENT**

Appellant's motion to dismiss the appeals is granted. The appeals are hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

(5359-010199)

May 3, 2005

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
MAY 0 9 2005
U.S. DISTRICT COURT ST. PAUL