UNITED STATES DISTRICT COURT
**DISTRICT OF MINNESOTA**

RECEIVED
07 FEB 20 PM 2:58
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

UNITED STATES OF AMERICA )
)
v. ) Case No.: 00-375 (JMR)
)
EDWARD ROSS BERGREN )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum ( ) Ad Testificandum

Name of Detainee: EDWARD ROSS BERGREN
Detained at (custodian): MCF - Stillwater

Detainee is: a.) (X) charged in this district by:
( ) Indictment ( )Information ( ) Complaint (X) Petition
Charging Detainee With: violation of supervised release

Detainee will: a.) ( ) return to the custody of detaining facility upon termination of this proceeding
or b.) (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on February 23, 2007 at 3:00 p.m. in the courtroom of The Honorable Franklin L. Noel.

Dated: February 20, 2007

WILLIAM H. KOCH, AUSA

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

2/20/07
Date

UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

A.K.A.(s) (if applicable): N/A
Booking or Fed. Reg.#: 09722-041 (U.S. Marshal No.)
Facility Address: 970 Pickett Street
Bayport, MN 55003-1490
Facility Phone: 651-779-2700
Currently Incarcerated For: assault in the first degree - great bodily harm; assault in the third degree; damage to property - fourth degree; kidnaping (x 2 counts); assault in the second degree; terroristic threats

Gender: Male
DOB: September 7, 1978
Race: Caucasian
FBI #: 567-965-JB7

SCANNED
FEB 20 2007
U.S. DISTRICT COURT MPLS

**RETURN OF SERVICE**

Executed on ____________ by ____________ ____________ (Signature)

Writ Issued 2/20/07