IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# FIRST APPEARANCE

UNITED STATES OF AMERICA,

Plaintiff,

v.

Edward Ross Bergren,

Defendant.

COURTROOM MINUTES - CRIMINAL
BEFORE: Magistrate Judge Noel

| | |
|---|---|
| Case No: | CR 00-375 JMR |
| Date: | 02/23/07 |
| Court Reporter: | None |
| Tape Number: | 61/101-1114 |
| Time Commenced: | 3:00 p.m. |
| Time Concluded: | 3:10 p.m. |
| Time in Court: | 10 Minutes |

## APPEARANCES:

Plaintiff: Bill Koch, Assistant U.S. Attorney
Defendant: Reggie Aligada
√ To be appointed

Interpreter / Language: none/English

Date Charges Filed: Offense: Violation of Supervised Release

√ Def. Advised of the substance of the charge (R.5(d)(1)) √ Advised of Rights

on √ Supervised Release

√ Government moves for detention.
Motion is: √ moot, defendant serving sentence.

Additional Information:
Final revocation hearing is Thursday, March 15, 2007 at 10:00 a.m. before Judge Rosembaum.

s/AR
Criminal Duty Clerk