A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED

MAR 1 2007

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 00-375(1) JMR**

0541-0713-1362-D

Edward Ross Bergren

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Edward Ross Bergren

and bring him or her forthwith to the nearest Magistrate Judge to answer an **Order of the Court** charging him or her with:

**Violation of Supervised Release**

Ordered by: Judge John R. Tunheim, United States District Court .

(By) Janet Midtbo, Deputy Clerk

July 13, 2005 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

2-22-07
WHCAP

SCANNED
MAR 02 2007
U.S. DISTRICT COURT MPLS

criminalwarrant.frm

DC Modified 12/08/04