**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Edward Ross Bergren,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: James M. Rosenbaum
U.S. District Judge

Case No: 00-375 JMR/RLE
Date: March 15, 2007
Court Reporter: Monica Moriarty
Time Commenced: 10:11 a.m.
Time Concluded: 10:52 a.m.
Time in Court: 41 Minutes

## APPEARANCES:

Plaintiff: Lisa Kirkpatrick, Assistant U.S. Attorney
Defendant: Reggie Aligada : FPD

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**

## ORDERED:

.
: Defendant remanded to custody of the U.S. Marshal.
: Defendant is sentenced to: Custody of BOP 18 months to run consecutive to undischarged term of state incarceration.
: Written order to be issued.

s/Heather Labat
Calendar Clerk