# United States District Court

**District of Minnesota**

UNITED STATES OF AMERICA
v.
**Edward Ross Bergren**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **00-CR-375(01)(JMR)**
USM Number: **09722-041**
Social Security Number: **5173**
Date of Birth: **1978**

**Reynaldo A. Aligada, Jr.**
Defendant's Attorney

**THE DEFENDANT:**

[] admitted guilt to violation of condition(s): of the term of supervision.
[**x**] after denial of guilt, was found in violation of **Mandatory Condition #1**.
The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Mandatory Condition #1 | Commission of federal, state or local crime | July 10, 2006 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**March 15, 2007**
Date of Imposition of Judgment

s/ JAMES M. ROSENBAUM
Signature of Judge

**JAMES M. ROSENBAUM**, United States Chief District Judge
Name & Title of Judge

March 16, 2007
Date

DEFENDANT: EDWARD ROSS BERGREN
CASE NUMBER: 00-CR-375 (01)(JMR)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **18 months, to be served consecutively to the unexpired portion of defendant's state court term of imprisonment. Should the state court sentences be reversed on appeal, defendant may reopen this proceeding.**

[] The court makes the following recommendations to the Bureau of Prisons:

[**x**] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on __________________ to __________________________

at ____________________, with a certified copy of this judgment.

__________________________
United States Marshal

By __________________________
Deputy United States Marshal

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant's supervised release shall terminate.